In the Matter of the Arbitration between LASTMOR PRODUCTS MFG. CORP. et al., Respondents, and ZENDEL STOROZUM, Appellant.—

The possible disqualification of one of the three arbitrators, on the ground of his interest in the outcome of the proceeding, was waived. The record does not establish other grounds for vacating the award. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

FRANCES McCAULEY, Appellant, v. GEORGE W. McCAULEY, Respondent.—

We affirm the provision of the judgment directing payment of the stated sum for the support of the plaintiff and the children, only because no appeal therefrom has been taken by defendant, and we find the amount awarded appropriate for the support of the children alone. (Civ. Prac. Act, § 1170-a.) Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

FRANK PURDY et al., Appellants, v. CITY OF NEWBURGH, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See *post,* p. 800.]